# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00332-CV

**Joshua Jackson, Rolan Rast, Todd Gilbertson, Derrick Lehman, and Alexander Lomovstev, Appellants**

**v.**

**City of Austin, Travis County, State of Texas, Black Lives Matter, Austin Justice Coalition, Mike Ramos Brigade, ANTIFA, Safariland Defense Technology, Defense Technology, CTS Tactical, CSI Combined Systems, John Doe Defendants and as of yet Unidentified Entities, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-002880, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants move to dismiss this appeal and certify that the motion is unopposed.

We grant their motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellants' Motion

Filed: January 4, 2024